# United States District Court
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | : | |
|---|---|---|
| NovaStar Mortgage, Inc. | : | Case No. 1:06-cv-00365 |
| | : | |
| Plaintiff | : | District Judge Hon. Patricia A. Gaughan |
| | : | |
| vs. | : | |
| | : | |
| Nathaniel Diggins, et al. | : | |
| | : | **NOTICE OF DISMISSAL** |
| Defendants. | : | |
| | : | |
| | : | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action without prejudice. Costs are taxed to Plaintiff.

Respectfully submitted,

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-222-4921
Fax 614-220-5613
klw-f@mdk-llc.com
Attorney for Plaintiff

So Ordered.
  /s/ Patricia A. Gaughan
    5/25/06

G:\Cases - TM\06-01994\rule 41(a) dismissal of case-060524-JJD.WPD